[No. 37732-9-I.    Division One.    July 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DWIGHT ANTHONY GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05017-2, Donald D. Haley, J., entered November 9, 1995. *Reversed* by unpublished opinion per Agid, A.C.J., concurred in by Webster and Ellington, JJ.

[No. 38127-0-I.    Division One.    July 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN L. CARRICO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00045-1, Thomas J. Wynne, J., entered February 5, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Baker, JJ.

[No. 40017-7-I.    Division One.    July 6, 1998.]

ROBERT BUMB, ET AL., *Respondents*, v. PAMELA REVERE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-11219-8, JoAnne Alumbaugh, J., entered December 13, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.

[No. 40210-2-I.    Division One.    July 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD LEMAR DEED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05726-2, Patricia H. Aitken, J., entered February 18, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, A.C.J., and Baker, J.